# COMPLAINT
(for filers who are prisoners without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 MAR -2 P 1:18
STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Elenora Kurfeld-Milshteyn

v.

(Full name of defendant(s))

Taycheedah Correctional facility.
HSU - Medical

Case Number:

**18-C-0325**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __751 County Rd K  P.O Box 3100 Fond Du Lac, WI 54936__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Taycheedah Correctional Institution__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)

Complaint - 1

and (if a person) resides at _____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Taycheedah Correctional Facility__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.   Who violated your rights;
2.   What each defendant did;
3.   When they did it;
4.   Where it happened; and
5.   Why they did it, if you know.

The plaintiff Elenora Klurfeld-Milshteyn is an inmate at Taycheedah Correction Institution in Wisconsin. As she was trying to get down from her top bunk, she fell off, causing injuries to her lower back, thigh, and right heel on September 13, 2017. According to DOC and HSU policy, you must be 5 feet to be on an upper bunk. The plaintiff is only 4'11". HSU failed to report Klurfeld as a lower bunk restriction and therefor the guards in the Assessment and Evaluation building placed her on a top bunk.

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 750,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like to be compinsated a money award for pain and suffering

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __february__ 20_18_.

Respectfully Submitted,

_Glenora Neufeld_
Signature of Plaintiff

__622604__
Plaintiff's Prisoner ID Number

__Taycheedah Correctional Institution__
__P.O Box 3100, Fond Du Lac, WI 54936__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.